IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC.,<br>    Plaintiff,<br><br>            v.<br><br>FRONTIER COMMUNICATIONS<br>CORPORATION, *et al.*,<br>    Defendants. | Civil Action No. 2:10-CV-00265-JRG<br><br>CONSOLIDATED CASE |
| GEOTAG, INC.,<br>    Plaintiff,<br><br>            v.<br><br>SUNBELT RENTALS, INC.,<br>    Defendant. | Civil Action No. 2:11-cv-425-JRG |

## ORDER

Plaintiff GeoTag, Inc. and Defendant Sunbelt Rentals, Inc. announced to the Court that they have settled their respective claims for relief asserted in this cause. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against Sunbelt Rentals, Inc. by GeoTag, Inc. are dismissed with prejudice.

IT IS THEREFORE ORDERED that all claims for relief asserted against GeoTag, Inc. by Sunbelt Rentals, Inc. are dismissed without prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

**So ORDERED and SIGNED this 23rd day of September, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE